DAJ

**FILED**

**NOVEMBER 5, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6263**

**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

924283
FILED FOR RECORD
KENDALL COUNTY, ILL.
DOC. # 924283
2:25 P.M.
APR 30 1992
Paul R. Anderson
RECORDER 16.00 Space for recorder's use only

BK 437 PG 146

WARRANTY DEED IN TRUST

Form 91 R 1/70

THIS INDENTURE WITNESSETH, That the Grantor, Theodore W. Shaw (a/k/a T. W. Shaw, Theodore Wells Shaw, Theodore W. Wells)

of the County of Kendall and State of Illinois for and in consideration of Ten and no/XX ($10.00) ------------------------ Dollars, and other good and valuable considerations in hand paid, Convey s and Warrants unto the CHICAGO TITLE AND TRUST COMPANY, a corporation of Illinois, whose address is 111 West Washington Street, Chicago, Illinois 60602, as Trustee under the provisions of a trust agreement dated the 14th day of April 1992, known as Trust Number 1097435 the following described real estate in the County of Kendall and State of Illinois, to-wit:

See Legal Description Riders attached hereto as Exhibits A, B and C and by this reference incorporated herein.

P.I.N. Numbers: 08-20-400-002, 08-28-100-001 and 08-29-200-002
08-29-400-002 and 08-28-300-002
05-18-276-001 and 05-17-300-002

*Exempt under provisions of Paragraph e, Section 4, Real Estate Transfer Tax Act.
4/20/92 [signature], attorney
Date Buyer, Seller or Representative

RECORD & RETURN TO LAND TRUST DEPT. CHICAGO TITLE CO. TRUST #

TO HAVE AND TO HOLD the said premises with the appurtenances upon the trusts and for the uses and purposes herein and in said trust agreement set forth.

Full power and authority is hereby granted to said trustee to improve, manage, protect and subdivide said premises or any part thereof, to dedicate parks, streets, highways or alleys and to vacate any subdivision or part thereof, and to resubdivide said property as often as desired, to contract to sell, to grant options to purchase, to sell on any terms, to convey either with or without consideration, to convey said premises or any part thereof to a successor or successors in trust and to grant to such successor or successors in trust all of the title, estate, powers and authorities vested in said trustee, to donate, to dedicate, to mortgage, pledge or otherwise encumber said property, or any part thereof, to lease said property, or any part thereof, from time to time, in possession or reversion, by leases to commence in praesenti or futuro, and upon any terms and for any period or periods of time, not exceeding in the case of any single demise the term of 198 years, and to renew or extend leases upon any terms and for any period or periods of time and to amend, change or modify leases and the terms and provisions thereof at any time or times hereafter, to contract to make leases and to grant options to lease and options to renew leases and options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present or future rentals, to partition or to exchange said property, or any part thereof, for other real or personal property, to grant easements or charges of any kind, to release, convey or assign any right, title or interest in or about or easement appurtenant to said premises or any part thereof, and to deal with said property and every part thereof in all other ways and for such other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter.

In no case shall any party dealing with said trustee in relation to said premises, or to whom said premises or any part thereof shall be conveyed, contracted to be sold, leased or mortgaged by said trustee, be obliged to see to the application of any purchase money, rent, or money borrowed or advanced on said premises, or be obliged to see that the terms of this trust have been complied with, or be obliged to inquire into the necessity or expediency of any act of said trustee, or be obliged or privileged to inquire into any of the terms of said trust agreement; and every deed, trust deed, mortgage, lease or other instrument executed by said trustee in relation to said real estate shall be conclusive evidence in favor of every person relying upon or claiming under any such conveyance, lease or other instrument, (a) that at the time of the delivery thereof the trust created by this indenture and by said trust agreement was in full force and effect, (b) that such conveyance or other instrument was executed in accordance with the trusts, conditions and limitations contained in this indenture and in said trust agreement or in some amendment thereof and binding upon all beneficiaries thereunder, (c) that said trustee was duly authorized and empowered to execute and deliver every such deed, trust deed, lease, mortgage or other instrument and (d) if the conveyance is made to a successor or successors in trust, that such successor or successors in trust have been properly appointed and are fully vested with all the title, estate, rights, powers, authorities, duties and obligations of its, his or their predecessor in trust.

The interest of each and every beneficiary hereunder and of all persons claiming under them or any of them shall be only in the earnings, avails and proceeds arising from the sale or other disposition of said real estate, and such interest is hereby declared to be personal property, and no beneficiary hereunder shall have any title or interest, legal or equitable, in or to said real estate as such, but only an interest in the earnings, avails and proceeds thereof as aforesaid.

If the title to any of the above lands is now or hereafter registered, the Registrar of Titles is hereby directed not to register or note in the certificate of title or duplicate thereof, or memorial, the words "in trust" or "upon condition", or "with limitations", or words of similar import, in accordance with the statute in such case made and provided.

And the said grantor hereby expressly waive s and release s any and all right or benefit under and by virtue of any and all statutes of the State of Illinois, providing for the exemption of homesteads from sale on execution or otherwise.

In Witness Whereof, the grantor aforesaid ha s hereunto set his hand and seal this 20th day of April 19 92.

This space for affixing Riders and Revenue Stamps

.............................. (Seal) X [signature] (Seal)
Theodore W. Shaw

.............................. (Seal) .............................. (Seal)

State of Illinois } ss
County of Cook

I, PHILIP W. SANDLER a Notary Public in and for said County, in the state aforesaid, do hereby certify that Theodore W. Shaw (a/k/a T. W. Shaw, Theodore Wells Shaw, Theodore W. Wells)

personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and notarial seal this 20th day of April 1992.

[signature] Notary Public

" OFFICIAL SEAL "
PHILIP W. SANDLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXP. 11/30/95

Document Number

Prepared by and return to:
Earl L. Simon
Howard Gordon Kaplan Ltd.
180 North La Salle St.
Chicago, IL 60601

Form 91

~~After recording return to: Box 333 (Cook County only) or CHICAGO TITLE AND TRUST COMPANY 111 West Washington St., Chicago, Ill. 60602 Attention: Land Trust Department~~

For information only insert street address of above described property.

CHICAGO TITLE INSURANCE CO. Kane County Office Geneva, Illinois 60134 Phone 232-3714

EXHIBIT
A
tabbies

By: cathy 06/29/2007

BK 437 PG 147

EXHIBIT A

LEGAL DESCRIPTION

A parcel of land located in the Southwest Quarter (SW¼) of Section Twenty-eight (28) and the Southeast Quarter (SE¼) of Section Twenty-nine (29), all in Township Thirty-five (35) North, Range Seven (7) East of the Third Principal Meridian, County of Kendall, and State of Illinois, described as follows:

Commencing at the southwest corner of Section 28, Township 35 North, Range 7 East of the Third Principal Meridian;

thence South 89° 59' 28" East along the south line of said Section 28 for a distance of 363.66 feet to the POINT OF BEGINNING;

thence North 00° 50' 30" East for a distance of 325.00 feet;

thence North 89° 51' 06" West for a distance of 363.66 feet to a point which falls on the west line of said Section 28;

thence South 89° 51' 54" West for a distance of 373.56 feet;

thence North 00° 50' 30" East for a distance of 1791.21 feet to a point which falls on the center line of Joliet Road;

thence North 89° 46' 02" East along said center line for a distance of 373.56 feet to a point which falls on the west line of said Section 28;

thence South 89° 56' 09" East continuing along said center line for a distance of 363.66 feet;

thence North 00° 50' 30" East for a distance of 40.54 feet to a point which falls on the north line of the Southwest Quarter of said Section 28;

thence South 89° 42' 46" East along said north line for a distance of 2220.34 feet;

thence South 00° 51' 18" West for a distance of 2372.73 feet;

thence North 89° 59' 28" West for a distance of 135.00 feet;

thence South 00° 51' 18" West for a distance of 230.07 feet to a point which falls on the south line of said Southwest Quarter;

thence North 89° 50' 28" West along said south line for a distance of 2083.78 feet to the point of beginning, ALONG WITH the north 1046.30 feet of the east 33.00 feet of the Southeast Quarter of the Southwest Quarter of said Section 28, containing 165.560 acres, more or less.

RECORD & RETURN TO LAND TRUST DEPT
CHARGE CT&T CO. TRUST # 10 [illegible]

Requested By: cathy 06/29/2007

BK 437 PG 148

Part of the West Half of Section 17 and part of Section 18, Township 36 North, Range 7 East of the Third Principal Meridian, lying East of the center line of East High Point Road, all described as follows: Commencing at the Southwest corner of said Section 17, thence South 89° 34'23" East 271.06 feet along the South line of the Southwest Quarter of said Section 17, to a recovered iron pipe, thence North 0°16'51" East 2377.0 feet to a point, which is a recovered iron pipe, thence North 66°49'30" West 1621.83 feet to a point in the centerline of East High Point Road, said centerline being a 17,554.75 foot radius curve to the left, thence Northeasterly 902.43 feet along said curved centerline whose chord bears North 23°08'25" East 902.33 feet to a point in the Westerly extension of an existing fence line, said point being the true point of beginning; thence continue Northeasterly along said curved line whose chord bears North 21°35'03" East 51.15 feet to a point, thence South 64°05'58" East 3100.01 feet to a point, said point being 1167.54 feet (17.69 chains) Southerly of a recovered stone monument, thence South 0°54'02" West 25.13 feet to a point on the Easterly extension of an existing fence line, thence North 64°37'12" West 3106.91 feet along said fence line to the true point of beginning, containing 2.631 acres, more or less, situated in Kendall Township, Kendall County, Illinois, subject to the rights of the public to that portion being used as a public highway.

RECORD & RETURN TO LAND TRUST DEPT
CHARGE CIT&T CO. TRUST #

EXHIBIT B

sted By: cathy 06/29/2007

BK 437 PG 449

LEGAL DESCRIPTION

A parcel of land located in the Southeast Quarter (SE¼) of Section Twenty (20), the West Half (W½) of Section Twenty eight (28), and the East Half (E½) of Section Twenty-nine (29), all in Township Thirty-five (35) North, Range Seven (7) East of the Third Principal Meridian, County of Kendall, and State of Illinois, described as follows:

Commencing at the northeast corner of the Southeast Quarter of Section 20, Township 35 North, Range 7 East of the Third Principal Meridian, said point being the POINT OF BEGINNING:

thence due South along the east line of said Southeast Quarter for a distance of 2653.83 feet to a point which falls on the northeast corner of Section 29;

thence continuing due South along the east line of said Section 29 for a distance of 2217.62 feet;

thence North 89° 25' 57" East for a distance of 99.00 feet;

thence due South for a distance of 429.00 feet to a point which falls on the north line of the Southwest Quarter of Section 28;

thence North 89° 25' 57" East along the said north line for a distance of 264.66 feet;

thence South 00° 00' 33" East for a distance of 40.54 feet to a point which falls on the center line of Joliet Road;

thence South 89° 12' 48" West along said center line for a distance of 363.68 feet to a point which falls on the west line of said Southwest Quarter;

thence South 90° 54' 59" West along said center line for a distance of 373.56 feet;

thence South 87° 05' 45" West along said center line for a distance of 288.32 feet;

thence South 83° 25' 29" West along said center line for a distance of 386.81 feet;

thence South 81° 27' 07" West along said center line for a distance of 312.44 feet;

thence South 83° 20' 56" West along said center line for a distance of 396.05 feet;

thence North 00° 00' 33" West for a distance of 170.69 feet to a point which falls on the south line of the Northeast Quarter of Section 29;

thence South 89° 01' 57" West along said south line for a distance of 13.13 feet;

thence North 00° 01' 15" West for a distance of 2642.08 feet to a point which falls on the south line of the Southeast Quarter of Section 20;

thence North 00° 06' 41" East for a distance of 2649.22 feet to a point which falls on the north line of the said Southeast Quarter;

thence North 88° 44' 08" East along said north line for a distance of 1757.61 feet to the point of beginning, containing 278.845 acres, more or less.

EXHIBIT C

RECORD & RETURN TO LAND TRUST DEPT
CHARGE CT&T CO. TRUST #

5521161 KS/AU

200600026042
Filed for Record in
KENDALL COUNTY, ILLINOIS
PAUL ANDERSON
08-21-2006 At 02:09 pm.
WARR DEED 3894.75
RHSP Surcharge 10.00

**WARRANTY DEED**
*Statutory (Illinois)*
*(Individual to Individual)*

MAIL TO:

Derke J. Price
29 N. River St.
Batavia, IL 60510

NAME & ADDRESS OF TAXPAYER:

Vulcan Lands, Inc.
747 East 22nd St., Suite 200
Lombard, IL 60148

THE GRANTOR, Peter M. Greco of the City of Lombard, County of DuPage, State of Illinois, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration in hand paid, CONVEYS AND WARRANTS TO: Vulcan Lands, Inc., a corporation of New Jersey, the real estate situated in the County of Kendall, in the State of Illinois, as legally described on Exhibit "A" attached hereto.

Permanent Index Number: 08-28-100-004, 08-28-100-005 and 08-21-300-0003

Property Address: vacant property commonly known as 9825 Joliet Rd., Newark, IL 60541

COUNTY OF KENDALL
REAL ESTATE TRANSFER TAX
$ 3,857.75 EAH







EXHIBIT
B

Dated this 7th day of June, 2006

Peter M. Greco

STATE OF ILLINOIS }
}ss
COUNTY OF DUPAGE }

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, certify that Peter M. Greco personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release an waiver of the right of homestead.

Given under my hand and notarial seal, this 7th day of June, 2006

Notary Public

Name and address of Preparer




Byron L. Faermark
Faermark, Mindel & Williams, LLC
1900 S. Highland – Suite 100
Lombard, IL 60148
(630)873-8500

EXHIBIT "A"

LEGAL DESCRIPTION

PARCEL 1:
THE NORTHWEST ¼ OF SECTION 28, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, LISBON TOWNSHIP, (EXCEPT THE FOLLOWING: THE SOUTH 26 RODS OF THE WEST 6 RODS THEREOF: THE EASTERLY 82.5 FEET THEREOF), SITUATED IN KENDALL COUNTY, ILLINOIS.

PARCEL 2:
THE SOUTH ½ OF THE SOUTHWEST ¼ OF SECTION 21, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, EXCEPT THE EASTERLY 82.5 FEET AND EXCEPT THE NORTH 264 FEET OF THE WESTERLY 171 FEET OF THE EAST 253.5 FEET THEREOF; IN THE TOWNSHIP OF LISBON, KENDALL COUNTY, ILLINOIS.

COMMONLY KNOWN AS: 9825 Joliet Rd., Newark, IL 60541

PERMANENT IDENTIFICATION NUMBERS: 08-28-100-004 (AFFECTS PARCEL 1)
08-28-100-005 (AFFECTS PARCEL 1)
08-21-300-003 (AFFECTS PARCEL 2)


JOLIET ROAD
SHAW
VULCAN
CENTERLINE OF JOLIET ROAD
SOUTH LINE OF THE NW
QUARTER OF SECTION
28-T35N-R7E
QUARRY ROAD
ILLINOIS ROUTE 47
EXHIBIT
C

For ... Book 90 Page 78

State Aid Route 6

Section 24-G-MFT

Sta. 107+83 to Sta. 120+21

## DEDICATION OF RIGHT OF WAY FOR PUBLIC ROAD PURPOSES

THIS INDENTURE WITNESSETH, That the Grantors, Wm. S. & Shirley L. Hall of the County of Kendall and State of Illinois for and in consideration of the sum of Dollars ($ ) in hand paid by the County of Kendall, or on its behalf, the receipt whereof is hereby acknowledged, does hereby grant, convey and dedicate to the People of the County of Kendall, State of Illinois, for the Purpose of a public highway, a tract of land situated in the County of Kendall and State of Illinois, and described as follows:

A strip of land along a portion of the South line of the N½, also a strip along a portion of the North line of the S½ of Sec. 28, Twp. 35N., R 7E., of 3rd P.M. Kendall County from Sta. 107 + 83 to Sta. 120 + 21 on the North and from Sta. 110 + 46 to Sta. 120 + 21 on the South, each strip being of a uniform width of 35 ft. along the centerline of Roadway Improvement, excepting that portion which is already a public highway, containing 0.166 acres, more or less.

The said centerline of Roadway Improvement is the center line for the Road Survey and plans for State Aid Route 6, Section 24-G-MFT, Kendall County Illinois, as said centerline of Roadway Improvement is now staked out by the County of Kendall and shown by a plat recorded in the Recorder's records of said County.

Said tracts being also shown by plat hereto attached and considered a part hereof.

And the Grantor further, as a part of this dedication, agree to remove any and all fences, enclosures, buildings and other obstructions, except as noted hereinafter under "Exceptions," within fifteen (15) days after notice from Kendall County Supt. of Highways, the Commissioner of Highways or his or their representatives, engineer or contractor, and employees are hereby authorized to enter into and take full and complete possession of said tract, and any fences, enclosures, buildings or other obstructions remaining thereon, after the expiration of said fifteen days may be removed by them or either of them and the expense thereof the said Grantor agree to pay upon demand.

EXCEPTIONS:

IN WITNESS WHEREOF, the Grantors have hereunto set their hands and seal this 21st day of April, A.D. 1958

Shirley L. Hall (Seal)

William S Hall (Seal)

STATE OF ILLINOIS }
County of Kendall } SS.

I, Russell Naden, a Notary Public, in and for said County and State DO HEREBY CERTIFY that William S. Hall & Shirley L. Hall personally known to me to be the same person whose name subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal this 21st day of April, A.D. 1958

Russell Naden

Notary Public.

(Seal: Russell Naden Notary Public Kendall County, Ill.)

Filed for Record on the 6th day of May A.D. 1959 at 8:50 o'clock A.M.

RECORDER OF DEEDS

EXHIBIT D

FOR SKETCH SEE PLAT BOOK 9, PAGE 78 T&W



DEDICATION DEED AND SKETCH

State Aid Route 6

Section 24-G-MFT

Sta. 120 + 21 to Sta. 132 + 72

DEDICATION OF RIGHT OF WAY FOR PUBLIC ROAD PURPOSES

THIS INDENTURE WITNESSETH, That the Grantor Frank M. Hall Estate of the County of Kendall and State of Illinois for and in consideration of the sum of One Hundred Twenty-nine Dollars ($129.00) in hand paid by the County of Kendall, or on its behalf, the receipt whereof is hereby acknowledged, does hereby grant, convey and dedicate to the Peo le of the County of Kendall, State of Illinois, for the Purpose of a public highway, a tract of land situated in the County of Kendall and State of Illinois, and described as follows:

A strip of land along a portion of the half section line of Sec. 28 Twp. 35N., R. 7E., of 3rd P.M. in Kendall County from Sta. 120 + 21 to Sta. 132 + 72, said strip being of a uniform width of 70 ft. one half lying North and one half lying South of the centerline of Roadway Improvement, excepting that portion which is already a public highway, containing 0.21 acres, more or less.

The said centerline of Roadway Improvement is the center line for the Road Survey and plans for State Aid Route 6, Section 24-G-MFT, Kendall County Illinois, as said centerline of Roadway Improvement is now staked out by the County of Kendall and shown by a plat recorded in the Recorder's records of said County.

Said tracts being also shown by plat hereto attached and considered a part hereof.

And the Grantor further, as a part of this dedication, agree to remove any and all fences, enclosures, buildings and other obstructions, except as noted hereinafter under "Exceptions," within fifteen (15) days after notice from Kendall County Supt. of Highways, the Commissioner of Highways or his or their representatives, engineer or contractor, and employees are hereby authorized to enter into and take full and complete possession of said tract, and any fences, enclosures, buildings or other obstructions remaining thereon, after the expiration of said fifteen days may be removed by them or either of them and the expense thereof the said Grantor agree to pay upon demand.

EXCEPTIONS:

IN WITNESS WHEREOF, the Grantor have hereunto set their hand and seal this 1st day of April, A.D. 1958

Frank M. Hall Estate
By: Stanley Hall Executor (Seal)

(Seal)

STATE OF ILLINOIS )
)SS.
County of Kendall )

I, Russell Naden, a Notary Public, in and for said County and State DO HEREBY CERTIFY that Stanley Hall is sole-surviving executor of Frank M. Hall, Deceased personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that He signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal this 1st. day of April, A.D. 1958

Russell Naden
Notary Public.

