DAJ

**FILED**
**NOVEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6263**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

Vulcan Lands, Inc., a New Jersey Corporation,
   v.
Chicago Title and Trust Co., as t/u/t/a 1097435
dated April 14, 1992, John Shaw and Unknown                      **JUDGE COAR**
Owners and Beneficiaries,                                        **MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vulcan Lands, Inc. a New Jersey Corporation

| | |
|---|---|
| NAME (Type or print) <br> Kimberly D. Fahrbach | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 4200 Commerce Court, Suite 300 | |
| CITY/STATE/ZIP <br> Lisle, Illinois  60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237042 | TELEPHONE NUMBER <br> 630-245-0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |