AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Vulcan Lands, Inc., a New Jersey Corporation,
              Plaintiff,

V.

Chicago Title and Trust Co. as t/u/t/a
1097435 dated April 14, 1992, John Shaw,
and Unknown Owners and Beneficiaries,
              Defendants.

CASE NUMBER:   07 C 6263

ASSIGNED JUDGE:   David H. Coar

DESIGNATED
MAGISTRATE JUDGE:   Jeffrey Cole

TO: (Name and address of Defendant)

John Shaw
8270 E. Highpoint Rd.
Yorkville, IL  60560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce Goldsmith
Kimberly D. Fahrbach
Dykema Gossett PLLC
4200 Commerce Crt., Ste. 300
Lisle, IL  60532

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

      Executed on _____ _____
                                  Date                              *Signature of Server*

                                                              _____
                                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.