## United States District Court for the Northern District of Illinois

Case Number: `07cv6263`       Assigned/Issued By: `j. n.`

Judge Name:       Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

`1` Original and `1` copies on `11-27-07` as to `john shaw`
                              (Date)

---

C:\wpwin80\docket\feeinfo.frm       03/14/05