# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 07 C 6263

VULCAN LANDS, INC., a New Jersey Corporation,
Plaintiff,
v.
CHICAGO TITLE and TRUST Co., as t/u/t/a 1097435 dated
April 14, 1992, JOHN SHAW and UNKOWN OWNERS AND
BENEFICIARIES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Chicago Title and Trust Co., as trustee under Trust No. 1097435, and John Shaw.

| | |
|---|---|
| NAME (Type or print) <br> James A. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James A. Murphy | |
| FIRM <br> Mahoney, Silverman, and Cross, Ltd. | |
| STREET ADDRESS <br> 822 Infantry | |
| CITY/STATE/ZIP <br> Joliet, IL 60435 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06195324 | TELEPHONE NUMBER <br> 815-730-9500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |