# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6263 |

VULCAN LANDS, INC., a New Jersey Corporation,
Plaintiff,
v.
CHICAGO TITLE and TRUST Co., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW and UNKOWN OWNERS AND BENEFICIARIES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Chicago Title and Trust Co., as trustee under Trust No. 1097435, and John Shaw.

| | |
|---|---|
| NAME (Type or print) | |
| James A. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James A. Murphy | |
| FIRM | |
| Mahoney, Silverman, and Cross, Ltd. | |
| STREET ADDRESS | |
| 822 Infantry | |
| CITY/STATE/ZIP | |
| Joliet, IL 60435 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06195324 | 815-730-9500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |