IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO TITLE AND TRUST CO., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW, and UNKNOWN OWNERS AND BENEFICIARIES, <br><br> Defendants. | Case No. 07 C 6263 <br><br> Hon. Judge David H. Coar <br> Hon. Magistrate Judge Jeffrey Cole |

## MOTION TO DROP NAMED DEFENDANT AS PARTY

Defendant, Chicago Title and Trust Co., as Trustee under Trust No. 1097435, dated April 14, 1992, by its attorneys John Anderson and James Murphy, pursuant to Rule 21 of the Federal Rules of Civil Procedure, moves to be dropped as a party to the instant action, and in support thereof states:

1. The parties that have been named as defendants in the instant action are Chicago Title and Trust Co. as trustee under Trust Number 1097435, dated April 14, 1992 (hereinafter "Trust 1097435) and John Shaw as a beneficiary under such trust.

2. The instant action involves a claim to a portion of property located in Section 28 of Lisbon Township, Kendall County, Illinois. Although plaintiff is not in title to the property it claims that it has a right to such property because of mistake in the legal description of the property in various deeds. Alternatively, it claims a right to the property under the theory of adverse possession.

3. Although Plaintiff has not provided a legal description to the property which it is

claiming, it is evident that the claimed property is just south of the half section line that divides the south half of Section 28 from the north half of Section 28.

4. Defendant Chicago Title and Trust, as Trustee under Trust No. 1097435, conveyed the majority of the property that is south of the half section line to Chicago Title and Trust as Trustee under Trust Number 1096552 on August 12, 1992. (Exhibit A ). Trust 1097435 also owned another piece of property that included a portion of property that was located south of the half section line. This piece was conveyed to Chicago Title and Trust, as Trustee under Trust No. Trust No. Trust No. 1097147. (Exhibit B). Accordingly, Trust 1097435 is no longer the owner of the subject property.

5. Accordingly, under Rule 21 of the Federal Rules of Civil Procedure, Chicago Title and Trust, as Trustee under Trust Number 109435 dated April 14, 1992, should be dropped as defendant.

WHEREFORE, Defendant, Chicago Title and Trust Co., as Trustee under Trust No. 109743, dated April 14, 1992, requests that this Court enter an order dropping it as a party to the instant suit.

> CHICAGO TILE AND TRUST CO., as Trustee
> under Trust No. 1097435, dated April 14, 1992,
>
> By: S/ JamesA. Murphy
>       One of Its Attorneys

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

John H. Anderson
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000