IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHICAGO TITLE AND TRUST CO., as )<br>t/u/t/a 1097435 dated April 14, 1992, )<br>JOHN SHAW, and UNKNOWN OWNERS )<br>AND BENEFICIARIES, )<br>)<br>Defendants. ) | Case No. 07 C 6263<br><br>Hon. Judge David H. Coar<br>Hon. Magistrate Judge Jeffrey Cole |

## MOTION TO DISMISS OR IN THE ALTERNATIVE, TO STAY PROCEEDINGS

Defendant, John Shaw, by his attorneys, John Anderson and James Murphy, move to dismiss the instant case for lack of subject matter jurisdiction, and, in the alternative to stay the proceedings, and in the further alternative to dismiss Counts I and II for failure to state a claim and to dismiss all counts for failure to join a necessary party and in support thereof state:

1. As further explained in the accompanying memorandum, the instant action should be dismissed because the amount in controversy is insufficient to give this Court subject matter jurisdiction under 28 U.S. CA § 1332.

2. Assuming that there is subject matter jurisdiction, the Court should abstain from exercising jurisdiction under *Colorado River Water Cons. Dist. V. United States,* 42 U.S. 800 (1976).

3. Assuming that there is jurisdiction and the Court exercises such jurisdiction, Count I should be dismissed because it is barred by the applicable statute of limitations.

4. Assuming that there is jurisdiction and the Court exercises such jurisdiction, Counts I and II should be dismissed under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

5. Assuming that there is jurisdiction and the Court exercises such jurisdiction, the complaint should be dismissed under Rule 12(b)(7) of the Federal Rules of Civil Procedure for failure to join all necessary parties under Rule 19 of the Federal Rules of Civil Procedure.

WHEREFORE, movant, John Shaw requests that this Court enter an order dismissing the case for lack of subject matter jurisdiction, or in the alternative an order staying the case, or in the alternative dismissing count I. as being barred by the statute of limitations, dismissing Counts I and II for failure to state a claim, and dismissing the complaint for failure to name all necessary parties.

JOHN SHAW, Defendant,

By: S/ James A. Murphy

One of His Attorneys

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

John H. Anderson
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000