Case 1:07-cv-06263    Document 16-6    Filed 01/02/2008    Page 1 of 8

COLE

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06263

| | |
|---|---|
| Vulcan Lands, Inc. v. Chicago Title and Trust Co. et al | Date Filed: 11/05/2007 |
| Assigned to: Honorable David H. Coar | Jury Demand: None |
| Demand: $75,000 | Nature of Suit: 290 Real Property: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**Vulcan Lands, Inc.**
*a New Jersey Corporation*

represented by **Bruce Lee Goldsmith**
Dykema Gossett Rooks Pitts PLLC
4200 Commerce Court
Suite 300
Lisle, IL 60532
(630) 245-0400
Email: bgoldsmith@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly D. Fahrbach**
Dykema Gossett PLLC
4200 Commerce Court
Suite 300
Lisle, IL 60532
(630) 245-0400
Email: kfahrbach@dykema.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Chicago Title and Trust Co.**
*as t/u/t/a 1097435 dated April 14, 1992*

**Defendant**

**John Shaw**

**Defendant**

**Unknown Owners and Beneficiaries**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | COMPLAINT filed by Vulcan Lands, Inc.; Filing fee $ 350. (Attachments: # 1 Exhibit A) (td, ) (Entered: 11/06/2007) |

**EXHIBIT H**

| | | |
|---|---|---|
| 11/05/2007 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 11/06/2007) |
| 11/05/2007 | 3 | ATTORNEY Appearance for Plaintiff Vulcan Lands, Inc. by Kimberly D. Fahrbach. (td, ) (Entered: 11/06/2007) |
| 11/08/2007 | 5 | ATTORNEY Appearance for Plaintiff Vulcan Lands, Inc. by Bruce Lee Goldsmith (Goldsmith, Bruce) (Entered: 11/08/2007) |
| 11/21/2007 | 6 | Summons for Chicago Title and Trust Company by Vulcan Lands, Inc. (Goldsmith, Bruce) (Entered: 11/21/2007) |
| 11/21/2007 | 7 | Summons for Shaw by Vulcan Lands, Inc. (Goldsmith, Bruce) (Entered: 11/21/2007) |
| 11/27/2007 | 8 | SUMMONS Issued as to Defendant Chicago Title and Trust Co. as T/U/T/A dated April 14, 1992 1097435. (td, ) (Entered: 11/27/2007) |
| 11/27/2007 | 9 | SUMMONS Issued as to Defendant John Shaw. (td, ) (Entered: 11/27/2007) |
| 12/11/2007 | 10 | MINUTE entry before Judge David H. Coar :Rule 16(b) Scheduling conference is set for 1/30/2008 at 9:00 AM. Report of Parties Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b) to be e-filed (forms of Report of Planning conference and Proposed Scheduling Order are available on the Court's web page or in chambers).Mailed notice (gej, ) (Entered: 12/13/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/02/2008 10:45:19 | | |
| **PACER Login:** | ms1163 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-06263 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

FILED

DEC 1 2 2007

BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

# PROOF OF SERVICE

Under penalties as provided for by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the attached document was served or attempted to be served upon:

_William J. Peart_

By:

✓ ( A ) Personal Service: by leaving a copy of the ✓ Summons and Complaint ____ Notice
____ Citation ____ Order ____ Rule ____ Judgment ____ Subpoena

____ ( B ) Substitute Service: by leaving a copy of the ____ Summons and Complaint
____ Notice ____ Citation ____ Judgment at the usual place of abode with some person 13 years of age or older and informing said person of the contents. Also, a copy of the summons was mailed to the Defendant at his/her usual place of abode on _____

____ ( C ) Service on: ____ Corporation ____ Company ____ Business by leaving a copy of the
____ Summons and Complaint ____ Notice ____ Citation ____ Order ____ Rule
____ Judgment ____ Subpoena with a registered agent, authorized person or partner of the Defendant

____ ( D ) Unable to Serve: ____ No Contact ____ Moved

Attempted Services: _____/_____/_____/_____/_____

Writ Served On: _William J. Peart_

Sex _M_ Race _W_ Age _59_

Relationship To Defendant: _Self_

Location of Service: _9825 Joliet Road_
_Newark, IL 60541_

This _28th_ day of _November_ 20_07_ at _5:30_ am/pm

_Gregory Piazza_

**EXHIBIT I**

Subscribed and sworn to before me this _28_ day of _Nov._, 20_07_

Notary Public

"OFFICIAL SEAL"
MARGUERITE SEIDEL
Notary Public, State of Illinois
My Commission Expires 09/25/10

## IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
                                       )
      Plaintiffs, )
                                         )
        v. )      Case No.
                                         )
VULCAN LANDS, INC. a new Jersey Corporation,)
and WILLIAM J. PEART, )
                                         )
      Defendants. )

**2007-CH 0625**

### SUMMONS

**TO EACH DEFENDANT:**  William J. Peart, 9825 Joliet Road, Newark, IL 60541

**YOU ARE HEREBY SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Kendall County Courthouse, 807 W. John Street, Yorkville, Illinois, within thirty **(30)** days after service of this summons, not counting the day of service.  **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:  This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day for appearance.  If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS _____ , 2007.

(Seal of Court)

_____
Clerk of the Circuit Court

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

FILED

DEC 12 2007

BECKY MORGANEGG
CIRCUIT CLERK KENDALL CO.

# **PROOF OF SERVICE**

Under penalties as provided for by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the attached document was served or attempted to be served upon:
_Vulcan Lands, Inc. c/o Prentice Hall Corporation_
By:

____ ( A ) Personal Service: by leaving a copy of the ____ Summons and Complaint ____ Notice
____ Citation ____ Order ____ Rule ____ Judgment ____ Subpoena

____ ( B ) Substitute Service: by leaving a copy of the ____ Summons and Complaint ____ Notice ____ Citation ____ Judgment at the usual place of abode with some person 13 years of age or older and informing said person of the contents. Also, a copy of the summons was mailed to the Defendant at his/her usual place of abode on _____

__✓__ ( C ) Service on: __✓__ Corporation ____ Company ____ Business by leaving a copy of the __✓__ Summons and Complaint ____ Notice ____ Citation ____ Order ____ Rule ____ Judgment ____ Subpoena with a registered agent, authorized person or partner of the Defendant

____ ( D ) Unable to Serve: ____ No Contact ____ Moved

Attempted Services: _____/_____/_____/_____/_____

Writ Served On: _Jennifer Hertelendi_

Sex _F_ Race _W_ Age _30_

Relationship To Defendant: _Agent_

Location of Service: _33 N. LaSalle St._
_Chicago, IL. 60602_

This _29th_day of _November_, 20_07_ at _10:00_ am/pm

_Gregory Piazza_
Gregory Piazza

Subscribed and sworn to before me this _29_ day of _Nov_, 20_07_

_Marguerite Seidel_
Notary Public

"OFFICIAL SEAL"
MARGUERITE SEIDEL
Notary Public, State of Illinois
My Commission Expires 09/25/10

# IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
                                  )

    Plaintiffs, )
                                    )

        v. )    Case No.

                                    )
VULCAN LANDS, INC. a new Jersey Corporation,)
and WILLIAM J. PEART, )
                                    )

    Defendants. )

*2007-CH 0625*

## SUMMONS

**TO EACH DEFENDANT:** Vulcan Lands, Inc., c/o Registered Agent, Prentice Hall Corporation, 33 N. LaSalle Street, Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, Kendall County Courthouse, 807 W. John Street, Yorkville, Illinois, within thirty **(30)** days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

                                 WITNESS _____, 2007.

(Seal of Court)

                                   _____
                                   Clerk of the Circuit Court

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

## IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
## KENDALL COUNTY, ILLINOIS

Chicago Title and Trust, as Trustee Under Trust
No. 1096552 and Chicago Title and Trust, as
Trustee Under Trust No. 1099147,
          Plaintiffs,

vs.                                                       Case No.       2007 CH 0625

Vulcan Lands, Inc., a New Jersey Corporation,
and William J. Peart,
          Defendants.

## APPEARANCE

The undersigned, as attorney, enters the appearance of the Defendants, Vulcan Lands,

Inc. and William J. Peart, in her official capacity.


                          Dykema Gossett PLLC


                          BY:    One of the Attorneys for Defendants


Bruce Goldsmith, ARDC No. 0996939
Kimberly D. Fahrbach, ARDC No. 6237042
DYKEMA GOSSETT PLLC
4200 Commerce Court, Suite 300
Lisle, Illinois 60532
630-245-0400



                                                              **EXHIBIT J**

LISLE\104174.1
ID\KDF              :

## PROOF OF SERVICE

The undersigned, a non-attorney, hereby certifies that she caused to be filed with the court and served a copy of the foregoing Appearance upon:

> James A. Murphy
> Paul Root (of Counsel)
> Mahoney, Silverman & Cross, Ltd.
> 822 Infantry Dr., Ste. 100
> Joliet, Illinois 60435

by placing a true and correct copy of same in the post office box located at 4200 Commerce Court, Suite 300, Lisle, Illinois, before the hour of 5:00 p.m. on December 13, 2007.

Under penalties as provided by law pursuant to ILL. REV. STAT. CHP 110 Sec 1-109, I certify that the statements set forth herein are true and correct.

_____
Kim Murphy

LISLE\104174.1
ID\KDF