IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 07 C 6263 |
| v. | ) ) | |
| CHICAGO TITLE AND TRUST CO., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW, and UNKNOWN OWNERS AND BENEFICIARIES, | ) ) ) ) ) | Hon. Judge David H. Coar Hon. Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Bruce. L. Goldsmith
   Kimberly D. Farbach
   Dykema Gosset PLLC
   4200 Commerce Court
   Suite 300
   Lisle, Illinois 60532

PLEASE TAKE NOTICE that on the **10th** day of January, 2008 at the hour of **9:00 a.m.** in **Courtroom 1419**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge David H. Coar or such Judge as may be holding court in his stead, at the Everett McKinley Dirksen Building , 219 S. Dearborn, Chicago, Illinois and then and there present John Shaw's Motion to Dismiss, or, in the Alternative, to Stay Proceedings.

   CHICAGO TILTE AND TRUST, AS
   TRUSTEEE UNDER NO. 1099147,

   By: S/James A. Murphy

   One of Its Attorneys

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

John H. Anderson
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois  60603
(312) 460-5000