## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Vulcan Lands, Inc.
                               Plaintiff,

v.                                                     Case No.: 1:07–cv–06263
                                                         Honorable David H. Coar

Chicago Title and Trust Co., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 1/10/2008 regarding motion for miscellaneous relief[13], motion to dismiss/lack of jurisdiction[15]. Set deadlines as to motion [13] and motion to dismiss/lack of jurisdiction[15] : Responses due by 2/7/2008; Replies due by 2/21/2008. MOTION [13] by Defendant Chicago Title and Trust Co.Dropping of Defendant Chicago Title as a Party and MOTION [15] by Defendant John Shaw to dismiss for lack of jurisdiction or in the alternative to stay proceedings are taken under advisement – ruling to issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.