## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Vulcan Lands, Inc.

                              Plaintiff,

v.                                                        Case No.: 1:07–cv–06263

                                                        Honorable David H. Coar

Chicago Title and Trust Co., et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 10, 2008:

      MINUTE entry before Judge David H. Coar :Because of the pending Motion to dismiss for lack of jurisdiction, the Rule 16(b) Scheduling Conference set for January 30, 2008 is stricken and no one should appear on 1/30/2008.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.