## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Cook District of Illinois

Case Number: 07 C 6263

Plaintiff:
**Vulcan Lands, Inc.**

vs.

Defendant:
**John Shaw, et al**

For:
Dykema Gossett PLLC
10 S. Wacker
Suite 2100
Chicago, IL 60606

**FILED**
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Received by All American Attorney Services, Inc. to be served on **John Shaw, 16805 Quarry Road, Morris, IL 60450**.

I, Jason E. Laning, being duly sworn, depose and say that on the **10th day of December, 2007** at **2:50 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action** with the date and hour of service endorsed thereon by me, to: **John Shaw** at the address of: **16805 Quarry Road, Morris, IL 60450**, and informed said person of the contents therein, in compliance with state statutes.

I am a special process server and investigator, employed by All American Attorney Services, Inc., an Illinois licensed private detective agency, license number 0117-001311, and not party to the mentioned case. Under penalties as provided be law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.



"OFFICIAL SEAL"
ARICA E COSTELLO
COMMISSION EXPIRES 09/06/10

Subscribed and Sworn to before me on the 17th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason E. Laning
115-001899

All American Attorney Services, Inc.
1042 Maple Avenue
Suite 150
Lisle, IL 60532
(630) 225-0464
Our Job Serial Number: 2007002467

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Vulcan Lands, Inc., a New Jersey Corporation,
  Plaintiff,

V.

Chicago Title and Trust Co. as t/u/t/a
1097435 dated April 14, 1992, John Shaw,
and Unknown Owners and Beneficiaries,
  Defendants.

CASE NUMBER: 07 C 6263

ASSIGNED JUDGE: David H. Coar

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

John Shaw
8270 E. Highpoint Rd.
Yorkville, IL 60560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce Goldsmith
Kimberly D. Fahrbach
Dykema Gossett PLLC
4200 Commerce Crt., Ste. 300
Lisle, IL 60532

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 27 2007

DATE