# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Cook District of Illinois

Case Number: 07 C 6263

Plaintiff:
**Vulcan Lands, Inc.**

vs.

Defendant:
**John Shaw, et al**

For:
Dykema Gossett PLLC
10 S. Wacker
Suite 2100
Chicago, IL 60606

**FILED**

JAN 1 5 2008
Jan 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Received by All American Attorney Services, Inc. to be served on **Chicago Title and Trust Co., 181 West Madison Street, 17th Floor, Chicago, IL 60602.**

I, Jason E. Laning, being duly sworn, depose and say that on the **7th day of December, 2007** at **12:48 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Sherritha Pearson** as **Administrative Assistant** for **Chicago Title and Trust Co.**, at the address of: **181 West Madison Street, 17th Floor, Chicago, IL 60602**, and informed said person of the contents therein, in compliance with state statutes.

I am a special process server and investigator, employed by All American Attorney Services, Inc., an Illinois licensed private detective agency, license number 0117-001311, and not party to the mentioned case. Under penalties as provided be law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.



"OFFICIAL SEAL"
ARICA E COSTELLO
COMMISSION EXPIRES 09/06/10

Subscribed and Sworn to before me on the 17th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason E. Laning
115-001899

All American Attorney Services, Inc.
1042 Maple Avenue
Suite 150
Lisle, IL 60532
(630) 225-0464
Our Job Serial Number: 2007002468

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Vulcan Lands, Inc., a New Jersey Corporation,
                    Plaintiff,

CASE NUMBER:   07 C 6263

V.

ASSIGNED JUDGE:   David H. Coar

Chicago Title and Trust Co. as t/u/t/a
1097435 dated April 14, 1992, John Shaw,
and Unknown Owners and Beneficiaries,
                    Defendants.

DESIGNATED
MAGISTRATE JUDGE:   Jeffrey Cole

TO: (Name and address of Defendant)

Chicago Title and Trust Company, a corporation of Illinois, 181 W. Madison St., 17th Fl., Chicago, IL 60602, as Trustee under Trust Agreement dated April 14, 1992, known as Trust No. 1097435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce Goldsmith
Kimberly D. Fahrbach
Dykema Gossett PLLC
4200 Commerce Crt., Ste. 300
Lisle, IL  60532

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(BY) DEPUTY CLERK

NOV 27 2007

DATE