IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHICAGO TITLE AND TRUST CO., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW, and UNKNOWN OWNERS AND BENEFICIARIES,<br><br>Defendants. | Case No.:   07 CV 6263<br><br>Hon. Judge David H. Coar<br><br>Hon. Magistrate Judge Jeffrey Cole |

### PLAINTIFF VULCAN LANDS, INC'S MOTION TO AMEND/CORRECT COMPLAINT

NOW COMES Plaintiff, VULCAN LANDS, INC. (hereinafter "Vulcan"), by and through its attorneys, Bruce Goldsmith and Kimberly D. Fahrbach of DYKEMA GOSSETT, PLLC, and for its motion for leave to amend/correct the complaint states:

1. Vulcan filed its initial complaint on November 5, 2007.

2. In the initial complaint, Vulcan named Chicago Title and Trust Co., as t/u/t/a 1097435, dated April 14, 1992, as a Defendant.

3. Vulcan's identification of trust 1097435 as a Defendant was based on a chain of title prepared by Chicago Title and other documents in Vulcan's possession regarding the ownership of certain property.

4. Since filing its complaint, Vulcan has learned that the recorded chain of title provided to Vulcan was inaccurate.

5. Specifically, instead of trust no. 1097435, the owners of the property at issue are trust no. 1099147, dated May 26, 1993, and trust no. 1096552, dated August 12, 1992. (See Ex. A.)

6. Consequently, Vulcan seeks to amend/correct its complaint by substituting trust nos. 1099147 and 1096552 for the Defendant trust no. 1097435.

1

7.    Defendants will not suffer any prejudice as a result of this correction/amendment. This case is in its initial pleadings stage, with Defendant having already filed a motion to dismiss.

8.    Notice and substantial prejudice to the opposing party are critical factors in determining whether an amendment should be granted. Teft v. Sewart, 689 F.2d 637 (6th Cir. 1982). If a party is not substantially prejudiced, there can be no basis for denying an amendment since both parties would be on equal footing relative to the allegations. See In re: Olympia Brewing Co. Securities Litigation, 612 F. Supp. 1370 (N.D. Ill. 1985).

9.    In this case, Defendants brought to Vulcan's attention that the wrong trusts were named and subsequently identified the correct trusts. As a result, Defendants had notice of the error and have not been substantially prejudiced.

10.    The only change to its Complaint Vulcan proposes is changing the numbers of the trusts as explained herein. None of the allegations will be changed.

WHEREFORE, for the foregoing reasons, Plaintiff VULCAN LANDS, INC., respectfully requests this Court grant its motion to correct/amend the Complaint.

Respectfully submitted,
**Dykema Gossett PLLC**


By: /s/Kimberly D. Fahrbach (ARDC No. 6237042)
One of the Attorneys for Plaintiff

Bruce L. Goldsmith, ARDC No. 0996939
Kimberly D. Fahrbach, ARDC No. 6237042
Dykema Gossett PLLC
4200 Commerce Court, Suite 300
Lisle, Illinois 60532
(630) 245-0400

2

LISLE\104990.1
ID\KDF

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing Plaintiff Vulcan Lands, Inc.'s Motion to Amend/Correct Complaint with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James A. Murphy
Paul Root (of Counsel)
Mahoney, Silverman & Cross, Ltd.
822 Infantry Dr., Ste. 100
Joliet, Illinois 60435

                                     s/ Kimberly D. Fahrbach (ARDC No. 6237042)
                                     Kimberly D. Fahrbach

LISLE\104990.1
ID\KDF