IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE AND TRUST CO., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW, and UNKNOWN OWNERS AND BENEFICIARIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  07 CV 6263<br>)<br>)  Hon. Judge David H. Coar<br>)<br>)  Hon. Magistrate Judge Jeffrey Cole<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   James A. Murphy
      Paul Root (of Counsel)
      Mahoney, Silverman & Cross, Ltd.
      822 Infantry Dr., Ste. 100
      Joliet, Illinois 60435

   PLEASE TAKE NOTICE that on **Tuesday, February 19, 2008,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable David H. Coar,** in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Plaintiff Vulcan Lands, Inc.'s Motion to Amend/Correct Complaint**.

Dated: February 7, 2008

Respectfully submitted,

s/Kimberly D. Fahrbach
One of the Attorneys for Plaintiff

Bruce L. Goldsmith, ARDC No. 0996939
Kimberly D. Fahrbach, ARDC No. 6237042
Dykema Gossett PLLC
4200 Commerce Crt., Ste. 300
Lisle, Illinois 60532
630/245-0400

LISLE\105006.1
ID\KDF

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James A. Murphy
Paul Root (of Counsel)
Mahoney, Silverman & Cross, Ltd.
822 Infantry Dr., Ste. 100
Joliet, Illinois 60435

                                               s/ Kimberly D. Fahrbach
                                               Kimberly D. Fahrbach