IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
                                  Plaintiffs, )
                                   )
                      v. )   Case No.
                                   )
VULCAN LANDS, INC. a new Jersey Corporation, )
and WILLIAM J. PEART, )
                                   )
                             Defendants. )

2007-CH 0625

Pursuant to Supreme Court Rule 218 Initial Case Management Conference shall be 2-28-2008 at ___ a.m. Attorneys of record responsible for case or parties, if unrepresented must appear and be prepared to comply with Supreme Court Rule 218 or be subject to appropriate sanctions.
Clerk of the Circuit Court

## COMPLAINT TO QUITE TITLE

Plaintiffs, CHICAGO TITLE AND TRUST, as Trustee under Trust No. 1096552, and CHICAGO TITLE AND TRUST, as Trustee under Trust No.1099147, by their attorneys, MAHONEY, SILVERMAN & CROSS, LTD., for their complaint against Vulcan Lands, Inc., and William J. Peart, state:

### COUNT I

1. Plaintiff, Chicago Title and Trust, as Trustee under Trust No. 1096552, is the owner of real property located in Kendall County, the legal description of which is:

> A PARCEL OF LAND LOCATED IN THE SOUTHWEST QUARTER OF SECTION 28 AND THE SOUTHEAST QUARTER OF SECTION 29, ALL IN TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, COUNTY OF KENDALL, AND STATE OF ILLINOIS, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF SECTION 28, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 89 DECREES 50 MINUTES 28 SECONDS EAST ALONG THE SOUTH LINE OF SAID SECTION 28, FOR A DISTANCE OF 363.66 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00 DEGREES 50 MINUTES 30 SECONDS

EAST, FOR A DISTANCE OF 825.00 FEET; THENCE NORTH 89 DEGREES 51 MINUTES 06 SECONDS WEST, FOR A DISTANCE OF 363.66 FEET TO A POINT WHICH FALLS ON THE WEST LINE OF SAID SECTION 28; THENCE SOUTH 89 DEGREES 51 MINUTES 54 SECONDS WEST, FOR A DISTANCE OF 373.56 FEET; THENCE NORTH 00 DEGREES 50 MINUTES 30 SECONDS EAST, FOR A DISTANCE OF 1791.21 FEET TO A POINT WHICH FALLS ON THE CENTER LINE OF JOLIET ROAD; THENCE NORTH 89 DEGREES 46 MINUTES 02 SECONDS EAST ALONG SAID CENTER LINE, FOR A DISTANCE OF 373.56 FEET TO A POINT WHICH FALLS ON THE WEST LINE OF SAID SECTION 28; THENCE SOUTH 89 DEGREES 56 MINUTES 09 SECONDS EAST CONTINUING ALONG SAID CENTER LINE, FOR A DISTANCE OF 363.66 FEET; THENCE NORTH 00 DEGREES 50 MINUTES 30 SECONDS EAST, FOR A DISTANCE OF 40.54 FEET TO A POINT WHICH FALLS ON THE NORTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 28; THENCE SOUTH 89 DEGREES 42 MINUTES 46 SECONDS EAST ALONG SAID NORTH LINE, FOR A DISTANCE OF 2220.34 FEET; THENCE SOUTH 00 DEGREES 51 MINUTES 18 SECONDS WEST, FOR A DISTANCE OF 2372.78 FEET; THENCE NORTH 89 DEGREES 50 MINUTES 28 SECONDS WEST, FOR A DISTANCE OF 136.00 FEET; THENCE SOUTH 00 DEGREES 51 MINUTES 18 SECONDS WEST, FOR A DISTANCE OF 280.00 FEET TO A POINT WHICH FALLS ON THE SOUTH LINE OF SAID SOUTHWEST QUARTER; THENCE NORTH 89 DEGREES 50 MINUTES 28 SECONDS WEST ALONG SAID SOUTH LINE, FOR A DISTANCE OF 2083.78 FEET TO THE POINT OF BEGINNING, ALONG WITH THE NORTH 1046.30 FEET OF THE EAST 33.00 FEET OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 28, IN KENDALL COUNTY, ILLINOIS.

This property is hereinafter referred to as the "Quarry Property".

2. Defendant Vulcan Lands, Inc.(hereafter Vulcan) is a New Jersey Corporation.

3. Defendant, William J. Peart (hereinafter the "Peart"), is a citizen of Kendall County, Illinois.

4. From 1968 to 2002, Peart's parents (William C. Peart and Nora Peart) owned certain real property (hereinafter the "Peart Property") located in Kendall County Illinois. William C. Peart died prior to Nora Peart, and upon Nora Peart's death the Peart Property was left to, and became the property of, Peart. Peart owned the property from approximately 2002 to February

2006.

5. In or about February 2006, Peart conveyed the Peart Property to Peter Greco, who, in turn, conveyed the Peart Property to Vulcan. The legal description of the property that was conveyed is as follows:

Parcel One:

> THE NORTHWEST 1/4 OF SECTION 28, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, LISBON TOWNSHIP, (EXCEPT THE FOLLOWING: THE SOUTH 26 RODS OF THE WET 6 RODS THEREOF; THE EASTERLY 82.5 FEET THEREOF), SITUATED IN KENDALL COUNTY, ILLINOIS.

Parcel two:

> THE SOUTH ½ OF THE SOUTHWEST 1/4 OF SECTION 21, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, EXCEPT THE EASTERLY 82.5 FEET AND EXCEPT THE NORTH 264 FEET FO THE WESTERLY 171 FEET FO THE EAST 253.5 FEET THEREOF; IN THE TOWNSHIP OF LISBON, KENDALL COUNTY, ILLINOIS.

6. A portion of the Quarry Property lies north of Joliet Road, which road runs through the northern portion of the Quarry Property.

7. The Peart Property abuts the Quarry Property along the north line of the southwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois, for a distance of 2,220.35 feet, such distance commencing 82.50 feet west of the northeast corner of the southwest quarter of Section 28 and continuing to the west for 2,220.35 feet.

8. Plaintiff became aware that Vulcan was attempting to assert rights to plaintiff's property from a line north of Joliet Road to the north line of the southwest quarter of Section 28 (which is also the south line of the northwest quarter of Section 28) of Lisbon Township (hereinafter referred to as the "Subject Property"), when plaintiff was apprised that Vulcan had

filed a lawsuit (hereinafter "the federal lawsuit") against a prior owner of the Quarry Property, Chicago Title and Trust, as Trustee under Trust No. 1097435.

9. Chicago Title and Trust, as Trustee under Trust No. 1097435, conveyed the Quarry Property to Plaintiff on or about August 12, 1992, which conveyance was recorded with the Kendall County recorder of Deeds as document number 928422.

10. In the federal lawsuit, Vulcan alleged that it has an interest in the Subject Property as a result of adverse possession. Specifically:

a. the federal law suit alleges that Peart paid property taxes on the Subject Property between 1968 and 2006;

b. the federal lawsuit alleges that, since 1968, Vulcan and Peart maintained continuous possession to the Subject Property.

c. the federal lawsuit alleges that, between 1968 and 2006, Peart possessed the Subject Property in a manner so that the community could be apprised of Peart's possession and exclusive use and enjoyment of the property.

11. Prior to the conveyance of the Peart Property from Peart to Greco and then Greco to Vulcan, Vulcan had a survey of the Peart Property prepared which showed that the south line of the northwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois, i.e. the line that marked the southern boundary of the Peart Property, was north of the center of Joliet Road by more than 30 feet. It was thus evident to Vulcan at the time that the Peart Property was conveyed to Vulcan that the conveyance did not include the Subject Property.

12. The federal lawsuit does not allege, and Plaintiff is unaware of, any instrument that purports to convey the Subject Property between Joliet Road and the south line of the northwest

quarter of Section 28 of Lisbon Township to Vulcan. Thus, if any person or entity has a purported claim to the Subject Property as a result of adverse possession it would appear to be Peart.

WHEREFORE Plaintiff requests that this Court enter judgment quieting title and declaring that Plaintiff, Chicago Title and Trust, as Trustee under Trust No. 1096552, is the sole rightful owner of the property lying between the north edge of Joliet Road and the north line of the southwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois, for a distance of 2,220.34 feet, such distance commencing 82.50 feet west of the northeast corner of the southwest quarter of section 28 and continuing to the west for 2,220.34 feet.

## COUNT II

1. Plaintiff, Chicago Title and Trust, as Trustee of Trust No. 1099147, is the owner of real property located in Kendall County, the legal description of which is:

> A PARCEL OF LAND LOCATED ON SOUTHEAST QUARTER OF SECTION 20, THE WEST HALF OF SECTION 28, AND THE EAST HALF OF SECTION 29, ALL IN TOWNSHIP 35 NORTH, RANGE 7 EAST OF THE THIRD PRINCIPAL MERIDIAN, COUNTY OF KENDALL, AND STATE OF ILLINOIS, DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE NORTHEAST CORNER OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 35 NORTH, RANGE 7 EAST OF THE THIRD PRINCIPAL MERIDIAN, SAID POINT BEING THE POINT OF BEGINNING; THENCE DUE SOUTH ALONG THE EAST LINE OF SAID SOUTHEAST QUARTER FOR A DISTANCE OF 2653.83 FEET TO A POINT WHICH FALLS ON THE NORTHEAST CORNER OF SECTION 29; THENCE CONTINUING DUE SOUTH ALONG THE EAST LINE OF SAID SECTION 29 FOR A DISTANCE OF 2217.62 FEET; THENCE NORTH 89 DEGREES, 25 MINUTES 57 SECONDS FOR A DISTANCE OF 99.00 FEET; THENCE DUE SOUTH FOR A DISTANCE OF 429.00 FEET TO A POINT WHICH FALLS ON THE NORTH LINE OF THE SOUTHWEST QUARTER OF SECTION 28; THENCE NORTH 89 DEGREES 25 MINUTES 57 SECONDS EAST ALONG THE SAID NORTH LINE FOR A DISTANCE OF 264.66 FEET; THENCE SOUTH 00 DEGREES 00 MINUTES 33 SECONDS EAST FOR A DISTANCE

OF 40.54 FEET TO A POINT WHICH FALLS ON THE CENTER LINE OF JOLIET ROAD; THENCE SOUTH 89 DEGREES 12 MINUTES 48 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 363.68 FEET TO A POINT WHICH FALLS ON THE WEST LINE OF SAID SOUTHWEST QUARTER; THENCE SOUTH 88 DEGREES 54 MINUTES 59 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 373.56 FEET; THENCE SOUTH 87 DEGREES 05 MINUTES 45 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 288.32 FEET; THENCE SOUTH 83 DEGREES 25 MINUTES 29 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 386.81 FEET; THENCE SOUTH 81 DEGREES 27 MINUTES 07 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 312.44 FEET; THENCE SOUTH 83 DEGREES 20 MINUTES 56 SECONDS WEST ALONG SAID CENTER LINE FOR A DISTANCE OF 396.05 FEET; THENCE NORTH 00 DEGREES 00 MINUTES 33 SECONDS WEST FOR A DISTANCE OF 170.69 FEET TO A POINT WHICH FALLS ON THE SOUTH LINE OF THE NORTHEAST QUARTER OF SECTION 29; THENCE SOUTH 89 DEGREES 01 MINUTES 57 SECONDS WEST ALONG SAID SOUTH LINE FOR A DISTANCE OF 13.13 FEET; THENCE NORTH 00 DEGREES 01 MINUTES 15 SECONDS WEST FOR A DISTANCE OF 2642.08 FEET TO A POINT WHICH FALLS ON THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SECTION 20; THENCE NORTH 00 DEGREES 06 MINUTES 41 SECONDS EAST FOR A DISTANCE OF 2649.22 FEET TO A POINT WHICH FALLS ON THE NORTH LINE OF THE SAID SOUTHEAST QUARTER; THENCE NORTH 88 DEGREES 44 MINUTES 08 SECONDS EAST ALONG SAID NORTH LINE FOR A DISTANCE OF 1757.61 FEET TO THE POINT OF BEGINNING, CONTAINING 218.845 ACRES, MORE OR LESS.

Such property is hereinafter referred to as the "Powell Farm."

2. Defendant Vulcan Lands, Inc.(hereafter Vulcan) is a New Jersey Corporation.

3. Defendant, William J. Peart (hereinafter the "Peart"), is a citizen of Kendall County, Illinois.

4. From 1968 to 2002, Peart's parents (William C. Peart and Nora Peart) owned certain real property (hereinafter the "Peart Property") located in Kendall County Illinois. William C. Peart died prior to Nora Peart, and, upon Nora's death, the Peart Property was left to, and became the property of, Peart. Peart owned the Peart Property from 2002 to February 2006.

5. In or about February 2006, Peart conveyed the Peart Property to Peter Greco, who, in turn, conveyed the Peart Property to Vulcan. The legal description of the property that was conveyed is as follows:

Parcel One:

> THE NORTHWEST 1/4 OF SECTION 28, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, LISBON TOWNSHIP, (EXCEPT THE FOLLOWING: THE SOUTH 26 RODS OF THE WET 6 RODS THEREOF; THE EASTERLY 82.5 FEET THEREOF), SITUATED IN KENDALL COUNTY, ILLINOIS.

Parcel two:

> THE SOUTH ½ OF THE SOUTHWEST 1/4 OF SECTION 21, TOWNSHIP 35 NORTH, RANGE 7, EAST OF THE THIRD PRINCIPAL MERIDIAN, EXCEPT THE EASTERLY 82.5 FEET AND EXCEPT THE NORTH 264 FEET FO THE WESTERLY 171 FEET FO THE EAST 253.5 FEET THEREOF; IN THE TOWNSHIP OF LISBON, KENDALL COUNTY, ILLINOIS.

6. Portions of the Powell Farm lie on both sides of Joliet Road.

7. The Peart Property abuts the Powell Farm along the north line of the southwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois, for a distance of 264 feet, such distance commencing 99 feet east of the northwest corner of the southwest quarter of Section 28 and continuing east for a distance of 264 feet.

8. Plaintiff became aware that Vulcan was attempting to assert rights to plaintiff's property from a line north of Joliet Road to the north line of the southwest quarter of section 28 (which is also the south line of the northwest quarter of Section 28) of Lisbon Township (hereinafter referred to as the "Subject Property"), when plaintiff was apprised that Vulcan had filed a lawsuit (hereinafter "the federal lawsuit") against a prior owner of plaintiff's property, Chicago Title and Trust, as Trustee under Trust No. 1097435.

9. Chicago Title and Trust, as Trustee under Trust No. 1097435, conveyed the Powell Farm to plaintiff on or about September 29, 1993, through three separate conveyances, which conveyances were recorded with the Kendall County recorder of deeds as documents numbered 9311043; 9311044; and 9311144.

10. In the federal lawsuit, Vulcan alleged that it has an interest in the Subject Property as a result of adverse possession. Specifically:

a. the federal law suit alleges that Peart paid property taxes on the Subject Property between 1968 and 2006;

b. the federal lawsuit alleges that since 1968 Vulcan and Peart maintained continuous possession to the Subject Property.

c. the federal lawsuit alleges that, between 1968 and 2006, Peart possessed the Subject Property in a manner so that the community could be apprised of Peart's possession and exclusive use and enjoyment of the property.

11. Prior to the conveyance of the Peart Property from Peart to Greco and then Greco to Vulcan, Vulcan had a survey of the Peart Property prepared which showed that the south line of the northwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois, i.e. the line that marked the southern boundary of the Peart Property, was north of the center of Joliet Road by more than 30 feet. It was thus evident to Vulcan at the time that Peart Property was conveyed to Vulcan that the conveyance did not include the Subject Property.

12. The federal lawsuit does not allege, and Plaintiff is unaware of, any instrument that purports to convey the Subject Property between Joliet Road and the south line of the northwest quarter of Section 28 of Lisbon Township to Vulcan. Thus, if any person or entity has a

purported claim to the Subject Property as a result of adverse possession it would appear to be Peart.

WHEREFORE Plaintiff requests that this Court enter judgment quieting title and declaring that plaintiff, Chicago Title and Trust, as Trustee under Trust No. 1099147 is the sole rightful owner of the property lying between the north edge of Joliet Road and the north line of the southwest quarter of Section 28 of Lisbon Township, Kendall County, Illinois for a distance of 264 feet, such distance commencing 99 feet east of the northwest corner of the southwest quarter of section 28 and continuing east for a distance of 264 feet.

CHICAGO TITLE AND TRUST,

By: _____
One of Its Attorneys

James A. Murphy
Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

Paul Root
Of Counsel to
MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500