STATE OF ILLINOIS      )
                            ) ss

COUNTY OF KANE     )

## AFFIDAVIT OF ARTHUR SHERIDAN

I, Arthur Sheridan, being first duly sworn, do hereby state under oath that if called to testify in the above-captioned matter I could competently testify as follows:

1.     I am founder and President of Arthur Sheridan & Associates, Ltd. and have engaged in the profession of real estate appraisal, brokerage, development and consulting since 1947, having practiced in the Greater Chicago Area, including Kendall County, Illinois.

2.     I have been licensed by the State of Illinois as a Real Estate Broker since 1953 and hold the professional designation of "IFAS" Senior Member in the National Association of Independent Fee Appraisers.

3.     In my professional capacity as noted above, I have been asked to provide an opinion as to the effect access to roadway frontage to Joliet Road would have for the operation of a quarry at the property now owned by Vulcan Lands, Inc. consisting approximately 234 acres located in Section 28, Township 35 North, Range 7 East of the Third Principal Meridian in Lisbon Township, Kendall County, Illinois ("Subject Property").

4.     I have inspected the Subject Property and, in particular, the piece of property located north of Joliet Road and south of the half section line of Section 28 which would provide access to Joliet Road.

LISLE\104741.1
ID\CAP



5.     Based on my experience and my inspection of the Subject Property, it is my opinion that access to the roadway frontage to Joliet Road would have a dramatic effect to the Fair Market Value of the Subject Property.  It is my opinion that the Subject Property would be considerably affected without access to roadway frontage to Joliet Road.

6.     My preliminary estimate of the Fair Market value of the Subject Property, with and without access to roadway frontage at Joliet Road, at this time is as follows:

FAIR MARKET VALUE OF WHOLE WITH ACCESS          $7,715,400.00
(234 ACRES @ $32,971.79 PER ACRE)

FAIR MARKET VALUE OF WHOLE WITHOUT ACCESS     $2,800,000.00
(234 ACRES @ $12,000.00 PER ACRE)

DAMAGE TO REMAINDER                                              $4,915,400.00

7.     As reflected in the calculations set forth above, Vulcan's property decreases in value by over $4,915,400.00 without access to Joliet Road through this property.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Arthur Sheridan

SUBSCRIBED and SWORN to before
me this 5 day of February , 2008

_____
Notary Public

Official Seal
Barbara A Sheridan
Notary Public State of Illinois
My Commission Expires 07/06/08

LISLE\104741.1
ID\CAP