IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

| | |
|---|---|
| Chicago Title and Trust, as Trustee Under Trust No. 1096552 and Chicago Title and Trust, as Trustee Under Trust No. 1099147,<br><br>Plaintiffs,<br><br>vs.<br><br>Vulcan Lands, Inc., a New Jersey Corporation, and William J. Peart,<br><br>Defendants. | FILED<br>JAN 28 2008<br><br>Case No.   2007 CH 0625 |

### DEFENDANT WILLIAM J. PEART'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO 735 ILCS 5/2-615

NOW COMES Defendant William J. Peart, by and through his attorneys, Dykema Gossett, PLLC, and moves pursuant to 735 ILCS 5/2-615 to dismiss Plaintiff's complaint. In support, Defendant Peart states:

1. On November 28, 2007, Plaintiff filed the instant action seeking to quiet title and alleging that it is the legal owner of a certain piece of property.

2. Plaintiff included Defendant Peart as a Defendant to his action.

3. Defendant Peart has no current ownership interest in the property identified as the "Peart Property" in Plaintiff's complaint. (See Pl.'s Compl. ¶¶ 4-5.)

4. Instead, Defendant Vulcan owns the property once owned by Peart. (See id.)

5. Given these allegations, Defendant Peart was improperly named as a party to Plaintiff's action. 735 ILCS 5/2-615.

6. Indeed, the essence of Plaintiff's complaint is that *Vulcan* has filed an action in federal court seeking a declaration that Vulcan is the true owner of a certain, defined piece of property. (See Pl.'s Compl. ¶ 8.)

EXHIBIT E

7.  Defendant Peart is not a party to the federal action. (See Ex. A, Vulcan's Fed. Compl.) Further, given Plaintiff's admission that Peart no longer owns the "Peart Property," and the absence of any allegations that Defendant Peart has asserted any current ownership rights to the Peart Property or land that is at issue in this lawsuit, his inclusion in this action is unwarranted.

8.  Illinois allows actions to be dismissed under section 2-615 if no set of facts could be proven which would entitle the plaintiff to the relief he seeks. People ex rel. Peters v. Murphy-Knight, 248 Ill. App. 3d 382, 386, 618 N.E.2d 459, 463 (1993).

9.  Given the facts pled in Plaintiff's complaint and as described above, Plaintiff cannot seek relief against Peart, and Plaintiff cannot state a claim against him.

10. Therefore, Defendant Peart respectfully requests this Court grant his motion to dismiss.

WHEREFORE, for the foregoing reasons, Defendant William J. Peart respectfully requests this Court dismiss Plaintiff's complaint pursuant to 735 ILCS 5/2-615.

Bruce L. Goldsmith, ARDC No. 0996939
Kimberly D. Fahrbach, ARDC No. 6237042
Dykema Gossett PLLC
4200 Commerce Court, Suite 300
Lisle, Illinois 60532
(630) 245-0400

Respectfully submitted,
**Dykema Gossett PLLC**

By: _____
One of the Attorneys for Defendants

2

LISLE\104687.1
ID\KDF