UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Vulcan Lands, Inc.
                    Plaintiff,

v.                                    Case No.: 1:07−cv−06263
                                      Honorable David H. Coar

Chicago Title and Trust Co., et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

    MINUTE entry before Judge David H. Coar :Motion hearing held on 2/19/2008 regarding motion to amend/correct, motion for relief [23]. All matters are stayed pending ruling on the Motion to Dismiss.Motion to amend/correct [23] is entered and continued 3/19/2008 at 9:00 a.m. Status hearing set for 3/19/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.