CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

GEN. NO. 07 CH 625

☐ JURY  ☐ NON-JURY

Chicago Title and Trust, as Trustee under Trust No. 1099147

**PLAINTIFF(S)**

VS.

Vulcan Lands, Inc.

**DEFENDANT(S)**

| JUDGE | McCann | COURT REPORTER | | PLTF. ATTY. | Murphy ✓ |
|---|---|---|---|---|---|
| DEPUTY CLERK | | A copy of this order ☐ should be sent to: ☐ has been sent to: | | DEFT. ATTY. | Fahrbach ✓ |

CHECK IF PRESENT

AGREED ORDER

This cause coming to be heard on defendants' motion to dismiss;

IT IS HEREBY ORDERED:

1) This matter is continued for status and entry of a briefing schedule to 8/6/08 at 9:00 AM.

2-14-08

_____
JUDGE

**EXHIBIT A**

FILED IN OPEN COURT
FEB 14 2008
BECKY MORGANEGG
Circuit Clerk Kendall Co.