```
                                                                    1

           IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


VULCAN LANDS, INC., a New Jersey    )   No. 07 C 6263
Corporation,                        )
                                    )
              Plaintiff,            )
                                    )
        v.                          )   Chicago, Illinois
                                    )   February 19, 2008
CHICAGO TITLE AND TRUST CO., as t/u/t/a )  9:00 a.m.
1097435 dated April 14, 1992, JOHN SHAW,)
and UNKNOWN OWNERS AND BENEFICIARIES,   )
                                    )
              Defendants.           )   Motion


                 TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE DAVID H. COAR

APPEARANCES:


For the Defendants:      SEYFARTH SHAW LLP
                         131 South Dearborn Street
                         Suite 2400
                         Chicago, Illinois  60603-5577
                         BY:  MR. JOHN H. ANDERSON
```

```
             TRACEY DANA McCULLOUGH, CSR, RPR
                   Official Court Reporter
                 219 South Dearborn Street
                         Room 1420
                 Chicago, Illinois 60604
                       (312) 922-3716
```

EXHIBIT A



EXHIBIT B

2

1         THE CLERK: 07 C 6263, Vulcan Lands, Inc. versus
2 Chicago Title and Trust, motion to amend or correct the
3 complaint.
4         MR. ANDERSON: Good morning, Your Honor. John
5 Anderson for defendants.
6         THE COURT: Why wouldn't I wait to see what happens
7 in -- this is state law. Why wouldn't I wait to see what
8 happens in the state proceeding and then stay this case if the
9 state court does not dismiss?
10        MR. ANDERSON: I think that's the whole premise of our
11 motion to dismiss, Your Honor. This is really a state court
12 matter that pertains to real property in Kendall County.
13        THE COURT: Well, I'll stay everything for now. I'll
14 set this over for status till March 19th at 9 o'clock.
15        MR. ANDERSON: March 19th, 9 a.m.
16        THE COURT: Yes, sir.
17        MR. ANDERSON: So all matters are stayed for the time
18 being?
19        THE COURT: Yes, sir.
20        MR. ANDERSON: Thank you, Your Honor.
21        THE COURT: All right.
22
23
24
25

3

1  CERTIFICATE
2  I HEREBY CERTIFY that the foregoing is a true, correct
3  and complete transcript of the proceedings had at the hearing
4  of the aforementioned cause on the day and date hereof.
5
6  _Tracey D. McCullough_       _2/20/08_
7  Official Court Reporter           Date
   United States District Court
8  Northern District of Illinois
   Eastern Division