IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
    Plaintiffs, )
     )
    v. )    Case No. 07 CH 0625
     )
VULCAN LANDS, INC, a new Jersey Corporation, )
and WILLIAM J. PEART, )
     )
    Defendants. )

## NOTICE OF FILING

TO:    Bruce Goldsmith/Kimberly D. Fahrbach
         DYKEMA GOSSETT, PLLC
         4200 Commerce Court, Suite 300
         Lisle, IL 60532
         FAX: (630) 245-0140

     NOTICE IS HEREBY GIVEN, that on **Monday**, the **25th** day of **February, 2008**, the undersigned mailed for filing with the Clerk of the Circuit Court, 807 W. John Street, Yorkville, Illinois, the attached **Notice of Motion and Plaintiffs' Motion to Set Hearing on Defendant's Motion to Dismiss**, copies of which are attached hereto.

                                  CHICAGO TITLE AND TRUST,

                                  By: _____
                                          One of Its Attorneys

## PROOF OF SERVICE BY FACSIMILE AND U.S MAIL

     I, Jo Ann Patchan, certify that on February 25, 2008, I served this notice by faxing and mailing a copy of same to the above listed attorney(s), postage prepaid, by depositing in a U.S. Mail Box at or before 5:00 p.m.

                                            _____

James A. Murphy - Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LLC
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

Paul Root Of Counsel to MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435

EXHIBIT D

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
    Plaintiffs, )
     )
    v. ) Case No. 07 CH 0625
     )
VULCAN LANDS, INC. a new Jersey Corporation, )
and WILLIAM J. PEART, )
     )
    Defendants. )

## NOTICE OF MOTION

TO:   Bruce Goldsmith/Kimberly D. Fahrbach
       DYKEMA GOSSETT, PLLC
       4200 Commerce Court, Suite 300
       Lisle, IL 60532
       FAX: (630) 245-0140

PLEASE TAKE NOTICE that on the 3rd day of **March, 2008** at the hour of **9:00 a.m.** in **Courtroom 1**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Judge McCann or such Judge as may be holding court in his stead, at the Kendall County Courthouse, 807 W. John Street, Yorkville, Illinois and then and there present **Plaintiffs' Motion to Set Hearing on Defendant's Motion to Dismiss**, a copy of which is attached hereto.

CHICAGO TITLE AND TRUST,

By: _____
One of Its Attorneys

James A. Murphy - Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LLC
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

Paul Root Of Counsel to MAHONEY, SILVERMAN & CROSS, LTD.
822 Infantry Drive, Suite 100
Joliet, IL 60435

S:\Shaw, John\Vulcan v Chgo Title & Shaw - USDC Case 07 C 6263\Vulcan Peart Docs\Pleadings\NOM 022508.rtf

IN THE CIRCUIT COURT FOR THE SIXTEENTH JUDICIAL CIRCUIT
KENDALL COUNTY, ILLINOIS

CHICAGO TITLE AND TRUST, AS TRUSTEE )
UNDER TRUST No. 1096552 and CHICAGO )
TITLE AND TRUST, AS TRUSTEE UNDER )
TRUST No. 1099147, )
    Plaintiffs, )
     )
    v. ) Case No. 07 CH 0625
     )
VULCAN LANDS, INC. a new Jersey Corporation, )
and WILLIAM J. PEART, )
     )
    Defendants. )

## PLAINTIFFS' MOTION TO SET HEARING ON DEFENDANT'S MOTION TO DISMISS

Plaintiffs, Chicago Title and Trust, as Trustee under Trust No. 1096552, and Chicago Title and Trust, as Trustee under Trust No. 1099147, by their attorneys, Mahoney, Silverman & Cross, LLC, move to set a hearing date on defendant's motion to dismiss, and in support thereof state:

1. Defendants have filed motions to dismiss in this case which were presented to the Court on February 14, 2008. The motion to dismiss that was brought by defendant Vulcan was brought pursuant to section 2-619(a)(3), alleging that there was another pending action in the federal court between the same parties which involved the same cause of action.

2. On February 14, 2008, the Court, being advised that there was a motion to dismiss the federal suit, entered an order entering and continuing the motion in this case until August 8, 2008 in order to determine what the federal court did with the motion to dismiss that was pending in the federal court.

3. On February 19, 2008, Judge Coar, who is presiding over the federal case, indicated that he wanted to know what this Court would do with the instant motion to dismiss before he took further action. He further indicated that he would likely stay the federal proceedings

if this Court denied the instant motion to dismiss. Judge Coar stated:

THE COURT: Why wouldn't I wait to see what happens in—this is state law. Why wouldn't I wait to see what happens in this state proceeding and then stay this case if the state court does not dismiss? (Exh. A hereto).

4. Judge Coar thereafter entered an order staying the federal proceedings until the motion to dismiss was determined.[1] (Exh. B hereto).

5. Given that the federal court has indicated that it is awaiting a determination of the matters in this proceeding, it is appropriate to address defendants' motions to dismiss.

WHEREFORE, plaintiffs request that the Court set a hearing date on defendants' motions to dismiss.

CHICAGO TITLE AND TRUST,

By: _____
One of Its Attorneys

James A. Murphy - Atty. No. 06195324
MAHONEY, SILVERMAN & CROSS, LLC
822 Infantry Drive, Suite 100
Joliet, IL 60435
(815) 730-9500

Paul Root Of Counsel to MAHONEY, SILVERMAN & CROSS, LLC
822 Infantry Drive, Suite 100
Joliet, IL 60435

---

[1] Admittedly, there is some uncertainty in Judge Coar's order given that there are two motions to dismiss that are pending; the instant one, and the one in the federal case. However, given Judge Coar's comments, it appears that he meant to stay the case pending this Court's ruling.