IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VULCAN LANDS, INC., a New Jersey Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 07 CV 6263 |
| | ) | Hon. Judge David H. Coar |
| CHICAGO TITLE AND TRUST CO., as t/u/t/a 1097435 dated April 14, 1992, JOHN SHAW, and UNKNOWN OWNERS AND BENEFICIARIES, | ) ) ) ) ) ) | Hon. Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   James A. Murphy
      Paul Root (of Counsel)
      Mahoney, Silverman & Cross, Ltd.
      822 Infantry Dr., Ste. 100
      Joliet, Illinois 60435

PLEASE TAKE NOTICE that on **Monday, March 3, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable David H. Coar**, in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Plaintiff Vulcan Lands, Inc.'s Motion for Clarification of the Court's February 19, 2008, Order in Response to Vulcan's Motion to Amend/Correct and to Lift Any Stay Entered.**

Dated: February 26, 2008                    Respectfully submitted,


                                            s/Kimberly D. Fahrbach
Bruce L. Goldsmith, ARDC No. 0996939        One of the Attorneys for Plaintiff
Kimberly D. Fahrbach, ARDC No. 6237042
Dykema Gossett PLLC
4200 Commerce Crt., Ste. 300
Lisle, Illinois 60532
630/245-0400

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

James A. Murphy
Paul Root (of Counsel)
Mahoney, Silverman & Cross, Ltd.
822 Infantry Dr., Ste. 100
Joliet, Illinois 60435

s/ Kimberly D. Fahrbach
Kimberly D. Fahrbach
