UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Vulcan Lands, Inc.
                                Plaintiff,

v.                                                    Case No.: 1:07–cv–06263
                                                           Honorable David H. Coar

Chicago Title and Trust Co., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/19/2008 regarding motion to amend/correct, motion for relief[23], motion to dismiss/lack of jurisdiction [15]. Status hearing held on 3/19/2008.MOTION by Defendant John Shaw to dismiss for lack of jurisdiction or in the alternative to stay proceedings [15] and MOTION by Plaintiff Vulcan Lands, Inc. to amend/correct complaint [23] are taken under advisement – ruling to issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.