## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6263 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Vulcan Lands, Inc. vs. Chicago Title and Trust Co. et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached Memorandum Opinion and Order, Defendant's motion to dismiss for lack of jurisdiction or in the alternative to stay proceedings [15] is DENIED in part and GRANTED in part. The action is STAYED in its entirety pending further order of the court. Any trial dates, status hearings, or upcoming deadlines are STRICKEN and TERMINATED. A status hearing on this matter is set for November 6, 2008 at 9:00 AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SM(lc) |
|---|---|---|